UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | ) | Case No. CV 14-08059-DOC (DTB) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CARL WOFFORD, Warden,[1] | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, and Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts, Carl Wofford, the Warden of Avenal State Prison, in Avenal, California, where petitioner currently is incarcerated, is hereby substituted as the proper respondent in this case.

1     IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is granted
2 and that Judgment be entered dismissing petitioner's ex post facto claim without
3 prejudice and dismissing petitioner's remaining claims with prejudice.

5 Dated: September 25, 2015

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE