JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　　　vs.<br><br>CARL WOFFORD, Warden,<br><br>　　　　　Respondent. | Case No. CV 14-08059-DOC (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that petitioner's ex post facto claim is dismissed without prejudice and petitioner's remaining claims are dismissed with prejudice.

Dated: September 25, 2015

　　　　　　　　　　　　　　　　　／s／ David O. Carter
　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE